JUDGE STANTON

07 CV 6179

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF

RECEIVED
JUL 0 2 2007
U.S.D.C. S.D.N.Y.
CASHIER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.V. CURACAOSE DOK MAATSCHAPPIJ a/k/a
CURACAO DRYDOCK COMPANY, INC.,

　　　　　　　Plaintiff,

-against-

ACCESS FERRIES S.A.,

　　　　　　　Defendant.

07 Civ. _____ (_____)

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

I, Michael J. Frevola, attorney for Plaintiff N.V. Curacaose Dok Maatschappij a/k/a Curacao Drydock Company, Inc. having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

N.V. Curacaose Dok Maatschappij a/k/a Curacao Drydock Company, Inc. does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.

Dated: New York, New York
　　　　July 2, 2007

HOLLAND & KNIGHT LLP

By: _____
　　Michael J. Frevola
　　Lissa D. Schaupp
　　195 Broadway
　　New York, NY 10007-3189
　　Tel:　(212) 513-3200
　　Fax:　(212) 385-9010
　　*Attorneys for Plaintiff*

# 4621271_v1