Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
N.V. CURAÇAOSE DOK MAATSCHAPPIJ a/k/a
CURAÇAO DRYDOCK COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N.V. CURAÇAOSE DOK MAATSCHAPPIJ a/k/a
CURAÇAO DRYDOCK COMPANY, INC.,

        Plaintiff,

-against-

ACCESS FERIES A.S.,

        Defendant.

07 Civ. 6179 (LLS)

**AFFIDAVIT IN SUPPORT OF ATTACHMENT**

---

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK  )

    Lissa D. Schaupp, being duly sworn, deposes and says:

    1.    I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff N.V. Curaçaose Dok Maatschappij a/k/a Curaçao Drydock Company, Inc. ("Curaçaose"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Access Ferries A.S. is not listed in the telephone directory of the principal metropolitan areas in this district, nor is it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that Access Ferries A.S. is not a New York business entity, nor is it a foreign business entity authorized to do business in New York.

5. To the best of my information and belief, Defendant Access Ferries A.S. cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant Access Ferries A.S. is liable to Plaintiff for the damages alleged in the Verified Complaint, which amount, as best as can be presently determined, to a total of US$160,908.26, including estimated interest, expenses and attorneys' fees.

7. Upon information and belief, Defendant Access Ferries A.S. has property, goods, chattels or effects within this jurisdiction, to wit: funds or accounts held in the name of Access Ferries A.S. at one or more of the following financial institutions:

Bank of America, N.A.

The Bank of New York

Citibank, N.A.

    Deutsche Bank Trust Company Americas

    HSBC Bank USA, N.A.

    JPMorgan Chase Bank, N.A.

    UBS AG

    Wachovia Bank, N.A.

    Société Générale

    Standard Chartered Bank

    BNP Paribas

    Calyon Investment Bank

    American Express Bank

    Commerzbank

    ABN Amro Bank

    Bank Leumi USA

    Fortis Financial Groups

    Banco Popular

    Bank of Tokyo-Mitsubishi UFJ Ltd.

8.    Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to US$160,908.26.

WHEREFORE, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Lissa D. Schaupp

Sworn to before me this
2nd day of July, 2007

_____
Notary Public

# 4640802_v1

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010