CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
N.V. CURACAOSE DOK MAATSCHAPPIJ        :
a/k/a CURACAO DRYDOCK COMPANY, INC.,   :
                                       :
                 Plaintiff,            :     **07-CV-6179-LLS**
                                       :
            v.                         :     **NOTICE OF**
                                       :     **APPEARANCE**
ACCESS FERRIES S.A.,                   :
                                       :
                                       :
                                       :
                 Defendant.            :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
   July 23, 2007

            CLARK, ATCHESON & REISERT
            Attorneys for Garnishee
            Societe Generale New York Branch

      By: _____
            Richard J. Reisert (RR-7118)
            7800 River Road
            North Bergen, NJ  07047
            Tel: (201) 537-1200
            Fax: (201) 537-1201
            Email:  reisert@navlaw.com