# Holland & Knight
## MEMORANDUM ENDORSED

Tel 212 513 3200

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/07

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

September 27, 2007

**BY HAND**

The Honorable Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 2250
New York, New York 10007

Re: N.V. Curacaose Dok Maatschappij v. Access Ferries S.A.
SDNY Docket #: 07 Civ. 6179 (LLS)

Honorable Sir:

We represent plaintiff N.V. Curacaose Dok Maatschappij ("Plaintiff") in the referenced matter. We write to request that the Court adjourn the pre-trial conference presently scheduled for October 5, 2007 for the reasons provided below.

Plaintiff requests the adjournment of next week's conference because it has not attached funds of the defendant and the defendant has not appeared in this proceeding. Plaintiff has not previously requested an adjournment.

We respectfully suggest that Plaintiff could provide a status report to Your Honor on Friday, January 4, 2008 in the event that no assets of Defendant had been attached by that date. If, however, Plaintiff does effect an attachment of Defendant's funds in the interim, we will report that attachment to Your Honor immediately so that a conference date can be scheduled. If Plaintiff's suggestion pleases the Court, we have provided a "So Ordered" line for the Court's endorsement at the bottom of this letter.

2 -    The Honorable Louis L. Stanton
       September 27, 2007


       We look forward to receiving Your Honor's decision in due course.

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                              By: _____
MJF/mf
                              Michael J. Frevola

**SO ORDERED:**


_____    9/28/07
       U.S.D.J.              Date

# 4821244_v1