# Holland Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway 24th Floor
New York NY 10007-3189
www.hklaw.com



Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

January 4, 2008

**BY HAND**

The Honorable Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 2250
New York, New York 10007

      Re: <u>N.V. Curacaose Dok Maatschappij v. Access Ferries S.A.</u>
          SDNY Docket #: 07 Civ. 6179 (LLS)

Honorable Sir:

      We represent plaintiff N.V. Curacaose Dok Maatschappij ("Plaintiff") in the referenced matter. We write pursuant to report on this matter in accordance with Your Honor's endorsement of our September 27, 2007 letter requesting the adjournment of the initial conference in this matter and setting today as a control date because Plaintiff had not succeeded in attaching funds of the defendant and the defendant has not appeared in this proceeding.

      Plaintiff still has not yet attached any funds in the referenced matter. We respectfully request that Plaintiff once again provide a status report to Your Honor on Friday, March 28, 2008 in the event that no assets of Defendant had been attached by that date. If, however, Plaintiff does effect an attachment of Defendant's funds in the interim, we will report that attachment to Your Honor immediately so that a conference date can be scheduled.

2 -   The Honorable Louis L. Stanton
      January 4, 2008

In light of the apparent lack of activity by the defendant in U.S. funds over the last several months despite having paid $120,000 of the disputed repair invoice in U.S. funds, we will recommend that our client employ investigators during the additional time period requested so that the Plaintiff may determine whether the defendant is transacting business under another name as a means of avoiding Plaintiff's claims. If no information can be developed in this regard and the Plaintiff does not succeed in attaching any of the defendant's assets between March 28, 2008, at that time we may recommend to Plaintiff to dismiss its lawsuit voluntarily.

If Plaintiff's suggestion pleases the Court, we have provided a "So Ordered" line for the Court's endorsement at the bottom of this letter, setting the new reporting deadline as March 28, 2008.

We look forward to receiving Your Honor's decision in due course.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/

Michael J. Frevola

MJF/mf

**SO ORDERED:**

_Louis L. Stanton_
U.S.D.J.           1/8/08    Date

# 5035220_v1