☐ ORIGINAL

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
N.V. CURAÇAOSE DOK MAATSCHAPPIJ a/k/a
CURAÇAO DRYDOCK COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| N.V. CURAÇAOSE DOK MAATSCHAPPIJ a/k/a CURAÇAO DRYDOCK COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ACCESS FERRIES S.A., <br><br> Defendant. | 07 Civ. 6179 (LLS) <br><br> **NOTICE OF** <br> **VOLUNTARY** <br> **DISMISSAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff N.V. Curaçaose Dok Maatschappij a/k/a Curaçao Drydock Company, Inc., by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
April 4, 2008

HOLLAND & KNIGHT LLP

By: _/s/_____
Michael J. Frevola
Lissa D. Schaupp
195 Broadway
New York, NY 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010

So Ordered:
_Louis L. Stanton_
4/7/08